UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:22-cr-366VMC-MRM

18 U.S.C. § 641

EDWARD M. FERRARO

**INDICTMENT**

SEALED

The Grand Jury charges:

**COUNT ONE**
**(Theft of Government Funds)**

From an unknown date, but at least as early as in or about May 2003, through at least December 2021, in the Middle District of Florida and elsewhere, the defendant,

EDWARD M. FERRARO,

did knowingly and willfully embezzle, steal, purloin, and convert to his own use and the use of another, and aided and abetted another to embezzle, steal, purloin, and convert to his own use and the use of another, in excess of $1,000 of monies that belonged to the United States and the U.S. Department of Veterans Affairs, an agency of the United States, with the intent to deprive the United States and the U.S. Department of Veterans Affairs of the use and benefit of those monies.

All in violation of 18 U.S.C. §§ 641 and 2.

**FORFEITURE**

1. The allegations contained in Count One of this Indictment are

incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 641, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3. The property to be forfeited includes, but is not limited to, an order of forfeiture in the amount of approximately $566,342.94, which represents the amount of proceeds obtained from the offense.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Rachel K. Jones
Assistant United States Attorney

By: _____
Rachelle DesVaux Bedke
Assistant United States Attorney
Chief, Economic Crimes Section

3

FORM OBD-34
October 22

No.

## UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

EDWARD M. FERRARO

### INDICTMENT

Violations: 18 U.S.C. § 641

A true bill,

_____
Foreperson

Filed in open court this 25th day of October, 2022.

_____
Clerk

Bail $_____

GPO 863 525