UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

The Honorable Julie S. Sneed
Courtroom 11A

United States v. Edward Ferraro
8:22-cr-00366-VMC-MRM

| **Date**: October 26, 2022 | **Court Reporter**: Digital |
|---|---|
| | **Interpreter**: N/A |
| **Time**: 2:27 PM–2:38 PM \| Total: 11 mins | **Deputy Clerk**: Clara Reaves |
| **Government Counsel** | **Defense Counsel** |
| Rachel Jones, AUSA | Samuel Landes, AFPD, Limited appearance |

### Initial Appearance/ Detention Hearing/Bond Hearing

Defendant present with counsel.

Arrest Date: 10/26/2022

Court summarizes the charges and advises Defendant of Rule 5 rights.

Oral motion to appoint counsel by defendant.

Financial Affidavit submitted. Court finds that the Defendant qualifies for appointment of counsel; AFPD appointed for today's proceedings only. Defendant indicates that he has private counsel, Mr. Hanlon.

Oral order granting appointment of counsel as to defendant, for today only.

Government does not seek detention.

Defendant does not oppose the Government's motion for release.

Court sets the following conditions of release: appear in court in accordance with all notices; travel restricted to the Middle District of Florida; reside at current address and cannot change address without PTS approval; cannot commit another crime; report to PTS as directed; Surrender passport by 10/28/2022, cannot obtain any new travel documents, submit to prohibited substance abuse testing with frequency to be determined by PTS, cannot use or possess any illegal drugs or narcotics, including medical marijuana, continue mental health treatment

Oral motion by defendant to continue arraignment for two weeks to finalize arrangements with private counsel Hanlon. Oral order granting.

Due process oral order given

Court in recess.