UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                    Case No.: 8:22-cr-366-VMC-MRM

EDWARD M. FERRARO
_____/

## ORDER SETTING CONDITIONS OF RELEASE

It is hereby **ORDERED**:

1. The United States Marshal is hereby directed to release the above-named defendant upon his agreement, in writing, to comply with the following attached conditions of release.

2. The conditions of release are hereby established as set forth below.

**DONE** and **ORDERED** in Tampa, Florida, on October 26, 2022.

JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
United States Pretrial Services
United States Marshals Service

## CONDITIONS OF RELEASE

1. Defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

2. Defendant must advise the United States Pretrial Services or supervising officer in writing before making any change of residence or telephone number.

3. Defendant must not, at any time, for any reason whatsoever, leave the Middle District of Florida without first obtaining written permission of the United States District Court for the Middle District of Florida, Tampa Division.

4. Defendant must not violate federal, state, or local law while on release.

   **SPECIAL CONDITIONS OF DEFENDANT'S RELEASE**:

   a. Defendant shall submit to supervision by and report for supervision to the United States Pretrial Services as directed by the United States Pretrial Services or supervising officer.

   b. Defendant shall surrender any passport to the United States Pretrial Services by 10/28/2022.

   c. Defendant shall not obtain a passport or other international travel document.

   d. Defendant shall not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Additionally, Defendant shall not use or possess any medical marijuana.

   e. Defendant shall submit to testing for a prohibited substance if required by the United States Pretrial Services or supervising officer with testing frequency to be determined by Pretrial Services. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

   f. Defendant shall continue mental health evaluation and any treatment with private provider and report information to the United States Pretrial Services.

2

g. Defendant shall report as soon as possible, to the United States Pretrial Services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

## ADVICE OF PENALTIES AND SANCTIONS

Defendant is advised of the following penalties and sanctions:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

3

## ACKNOWLEDGMENT OF THE DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

Signed in Tampa, Florida, on October 26, 2022.

_____
Defendant's Signature

The Middle District of Florida consists of the following Florida counties: Baker, Bradford, Brevard, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Duval, Flagler, Glades, Hamilton, Hardee, Hendry, Hernando, Hillsborough, Lake, Lee, Madison, Marion, Manatee, Nassau, Orange, Osceola, Pasco, Pinellas, Polk, Putnam, Sarasota, St. Johns, Seminole, Sumter, Suwanee, Union, and Volusia.

The telephone number and mailing address for the Clerk of the United States District Court for the Middle District of Florida, Tampa Division, are: 813-301-5400; and 801 North Florida Avenue, Second Floor, United States Courthouse, Tampa, Florida 33602.

The telephone number of the United States Marshals Service for the Middle District of Florida, Tampa Division, is: 813-228-2146.

The telephone number and mailing address of the United States Attorney's Office for the Middle District of Florida, Tampa Division, are: 813-274-6000; and Park Tower, Suite 3200, 400 North Tampa Street, Tampa, Florida 33602.

The telephone number and address of the United States Pretrial Services, Tampa Division, are: 813-225-7648 or 1-800-676-0125; and 301 Federal Building, 500 Zack Street, Tampa, Florida 33602.

The telephone number and address of the United States Probation Office, Tampa Division, are: 813-301-5600; and 501 East Polk Street, Room 800, Tampa, Florida 33602.

<u>NOTICE TO COUNSEL AND DEFENDANT</u>: In cases assigned to United States Magistrate Judge Julie S. Sneed, any requests to travel outside the area set forth in this document must be submitted **in a written motion with a proposed order** at least **three (3)** days prior to the date upon which travel is expected to begin. Failure to comply with this requirement will result in automatic denial of the request unless a showing is made that an actual emergency situation exists, such as serious illness in the family.