AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>**EDWARD M. FERRARO**<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 8:22-cr-366-VMC-MRM |

## ARREST WARRANT

**SEALED**

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  **EDWARD M. FERRARO**,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Theft of government funds, in violation of 18 U.S.C. § 641.


Date: **OCT 26 2022**

_____
*Issuing officer's signature*

Katrina M. Elliott

City and state:   Tampa FL

_____
*Printed name and title*

---

### Return

| | |
|---|---|
| This warrant was received on *(date)* 10/26/2022, and the person was arrested on *(date)* 10/26/2022 at *(city and state)* _____. | |
| Date: 10/26/2022 | _____<br>*Arresting officer's signature*<br><br>Sean Duffy, Special Agent<br>*Printed name and title* |