UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                        Case No. 8:22-cr-366-VMC-MRM

EDWARD M. FERRARO

_____/

### MOTION TO WITHDRAW

**NOW COMES** the Federal Defender's Office and moves to withdraw.

### MEMORANDUM OF LAW

Mr. Nicolas Chotos has filed a notice of appearance on behalf of Mr. Ferraro. It therefore appears that Mr. Ferraro is "financially able to obtain counsel . . . ." 18 U.S.C. § 3006A(c). Accordingly, this Court should terminate its appointment of the Federal Defender and allow counsel to withdraw. *See id*.

DATED this 31st day of October 2022.

          Respectfully submitted,

          A. FITZGERALD HALL, ESQUIRE
          FEDERAL DEFENDER

          */s **Samuel E. Landes***
          Samuel E. Landes, Esq.
          D.C. Bar No. 1552625
          Assistant Federal Defender
          400 North Tampa Street, Suite 2700
          Tampa, Florida 33602
          Telephone:  (813) 228-2715
          Facsimile:   (813) 228-2562
          Email:  Samuel_Landes@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st of October 2022, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

AUSA Rachel Jones

/s *Samuel E. Landes*
Samuel E. Landes, Esq.
Assistant Federal Defender