UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO.: 8:22-cr-366-VMC-MRM

EDWARD M. FERRARO

_____/

**ORDER**

Defendant Edward M. Ferraro filed a Waiver of Appearance at Arraignment and Entry of Plea of Not Guilty on October 28, 2022 (Doc. 17). In that filing, Defendant waives the right to be present at arraignment, enters a plea of not guilty to all charges, and states that he has received a copy of the charging instrument. (*Id.*).

Under Fed. R. Crim. P. 43, a defendant must be present at his or her initial arraignment "[u]nless this rule, Rule 5, or Rule 10 provides otherwise." Fed. R. Crim. P. 43(a)(1). For its part, Fed. R. Crim. P. 10 permits a defendant to waive his or her appearance at the arraignment, provided: (1) the defendant has been charged by indictment or misdemeanor information; (2) the defendant, in a written waiver signed by both the defendant and defense counsel, has waived appearance and has affirmed that the defendant received a copy of the indictment or information and that the plea is not guilty; and (3) the court accepts the waiver. Fed. R. Crim. P. 10(b). The Advisory Committee Notes explain that the determination whether it is appropriate for a defendant to waive his or her appearance is not specifically addressed by the Rule, but rather is left to the court's discretion. Fed. R. Crim. P. 10, Advisory Committee Notes to 2002 Amendments.

Here, the Waiver of Appearance at Arraignment and Entry of Plea of Not Guilty satisfies all the requirements of Fed. R. Crim. P. 10(b)(1)-(2).  The Court, therefore, accepts and consents to Defendant's waiver.

Accordingly, the Court **ORDERS**:

1.     The Waiver of Appearance at Arraignment and Entry of Plea of Not Guilty (Doc. 17) is **ACCEPTED**.

2.     Defendant's plea of not guilty is received for filing and is entered.

3.     The Clerk of Court is directed to cancel any previously scheduled arraignment relating to this Defendant only.

4.     The Court will separately enter a Scheduling Order governing discovery, the initial status conference, and the trial as to this Defendant.

**DONE AND ORDERED** in Tampa, Florida on November 1, 2022.

Mac R. McCoy
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties

2