**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:  8:22-cr-366-T-33MRM** | **DATE:**  February 16, 2023 | |
|---|---|---|
| **HONORABLE VIRGINIA M. HERNANDEZ COVINGTON** | | |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**Edward M. Ferraro** | **GOVERNMENT COUNSEL**<br>Rachel K. Jones<br><br>**DEFENDANT COUNSEL**<br>Nicholas Chotos | |
| **COURT REPORTER:** Tana Hess | **DEPUTY CLERK:** | Magaly Justiniano |
| **TIME:** 10:35 AM - 10:37 AM<br>**TOTAL:** 2 mins | **COURTROOM:** | 14B |

**PROCEEDINGS:**   STATUS CONFERENCE

Oral motion to continue by defense. No objections by the Government.

The Court **GRANTED** the motion to continue and found that the ends of justice are served by such a continuance and outweigh the best interest of the public and the defendant in a speedy trial.

| | |
|---|---|
| Estimated Length of Trial: | 1 week |
| Speedy Trial Waived Through: | June 30, 2023 |
| Trial Term: | June 2023 |
| Next Status Conference: | March 16, 2023 at 9:30 AM |