**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:** 8:22-cr-366-VMC-MRM | | **DATE:** March 16, 2023 | |
|---|---|---|---|
| **HONORABLE VIRGINIA M. HERNANDEZ COVINGTON** | | | |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**Edward M. Ferraro** | | **GOVERNMENT COUNSEL**<br>Rachel K. Jones<br><br>**DEFENDANT COUNSEL**<br>Will Hanlon | |
| **COURT REPORTER:** Rebecca Sabo | | **DEPUTY CLERK:** | Caleb Houston |
| **TIME:** 10:16 AM- 10:17 AM **TOTAL:** 1 min | | **COURTROOM:** | 14B |

**PROCEEDINGS:**   STATUS CONFERENCE

For the reasons stated on the record this matter shall remain on the June 2023 Trial Term.

| | |
|---|---|
| Estimated Length of Trial: | 1 week |
| Speedy Trial Waived Through: | June 30, 2023 |
| Trial Term: | June 2023 |
| Next Status Conference: | April 13, 2023 at 9:30 AM |