**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § § | |
| **vs.** § § | **Case No.: 8:22-cr-366-VMC-MRM** |
| **EDWARD FERRARO** | |

## DEFENDANT'S THIRD UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL DATE

COMES NOW the Defendant, EDWARD FERRARO, by and through undersigned counsel, and respectfully requests this Honorable Court to grant a continuance of the trial date, and states as follows:

1. The Indictment in this case was filed on October 25, 2022. (Doc. 1)

2. Defendant was arrested on October 26, 2022.

3. On that date, a pretrial detention hearing was held and an Arraignment was scheduled for November 9, 2022. (Doc. 7)

4. A Written Plea of Not Guilty and Waiver of Arraignment was filed by the undersigned on October 28, 2022. (Doc. 17).

5. Upon acceptance of the Waiver of Arraignment, a Status Conference was scheduled for December 8, 2022 with a trial term commencing January 3, 2022. (Doc. 23).

6. At a Status Conference on December 6, 2022, this Court granted Mr. Ferraro's motion to continue and scheduled the case on the trial term commencing April 2023. (Doc. 27).

7. At a Status Conference on February 16, 2023, this Court granted Mr. Ferraro's motion to continue and scheduled the case on the trial term commencing June 2023. (Doc. 31).

8. Mr. Ferraro intends to enter a plea to the single count of the Indictment.

9. Mr. Ferraro intends to make a significant payment toward the total restitution amount to be ordered in this matter. The intended payment requires Mr. Ferraro to withdraw funds from a 401(k) retirement account.

10. Mr. Ferraro wishes to have these funds available at or before his plea date and is continuing to explore options to acquire more funds to pay a larger percentage of the restitution.

11. Mr. Ferraro requests a final continuance of the trial date to the July trial term in order to effectuate the above restitution goals.

12. Undersigned counsel has conferred with Assistant United States Attorney Rachel Jones who has no objection to the relief requested.

13. This Court has the authority to grant this motion pursuant to 18 U.S. Code § 3161(h)(7)(B)(i) which allows the Court to grant a continuance if its failure to do so would likely result in a miscarriage of justice.

WHEREFORE, Defendant, Edward Ferraro, respectfully requests this Honorable Court enter an order setting a new trial date.

*/s/ Nicholas Chotos*
NICHOLAS CHOTOS, Esquire

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was electronically filed with the United States District Court Clerk of Court via the CM/ECF system which will send a notice of electronic filing to the Office of the United States Attorney, this 16th day of May 2023.

*/s/ Nicholas Chotos*
NICHOLAS CHOTOS, Esquire
Hanlon Law, P.A.
210 Pierce St.
Tampa, Florida 33602
Tel: (727) 897-5413
Email:
nick@tampadefenseattorney.com
Florida Bar Number: 112871
Attorney for Defendant