**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| | | |
|---|---|---|
| **CASE NO.:   8:22-cr-366-T-33MRM** | **DATE:** | May 17, 2023 |
| **HONORABLE      VIRGINIA      M.      HERNANDEZ COVINGTON** | | |
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**Edward M. Ferraro** | **GOVERNMENT COUNSEL**<br>Erin Favorit for Rachel K. Jones<br><br>**DEFENDANT COUNSEL**<br>Nicholas Chotos | |
| **COURT REPORTER:**  Tana Hess | **DEPUTY CLERK:** | Magaly Justiniano |
| **TIME:**  10:04 AM - 10:05 AM<br>**TOTAL:**  1 min | **COURTROOM:** | 14B |

**PROCEEDINGS:**    STATUS CONFERENCE

Oral motion to continue by defense. No objections by the Government.

The Court **GRANTED** the motion to continue and found that the ends of justice are served by such a continuance and outweigh the best interest of the public and the defendant in a speedy trial.

Estimated Length of Trial:          1 week

Speedy Trial Waived Through:     July 31, 2023

Trial Term:                              July 2023

Next Status Conference:          June 15, 2023 at 9:30 AM