UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 8:22-cr-366-VMC-MRM

EDWARD FERRARO

**NOTICE OF MAXIMUM PENALTIES, ELEMENTS OF OFFENSE,
PERSONALIZATION OF ELEMENTS AND FACTUAL BASIS**

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, hereby files this Notice of Maximum Penalties, Elements of Offense, Personalization of Elements and Factual Basis, stating as follows:

## ESSENTIAL ELEMENTS

The essential elements of a violation of 18 U.S.C. § 641, theft of government funds, are as follows:

First:      the money or property described in the indictment belonged to the United States;

Two:      the Defendant embezzled, stole, or knowingly converted the money or property to his own use or to someone else's use;

Three:   the Defendant knowingly and willfully intended to deprive the United States of the use or benefit of the money or property; and

Four:    the money or property had a value greater than $1,000.

## PENALTY

Count One is punishable by a term of imprisonment of up to ten years, a fine of up to $250,000, a term of supervised release of not more than three years, and a special assessment of $100. With respect to certain offenses, the Court shall order the defendant to make restitution to any victim of the offense(s), and with respect to other offenses, the Court may order the defendant to make restitution to any victim of the offense(s), or to the community, as set forth below. Additionally, the defendant must forfeit property, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), as outlined in the Indictment. The property to be forfeited includes, but is not limited to, an order of forfeiture in the amount of approximately $566,342.94, which represents the amount of proceeds obtained from the offense.

## FACTUAL BASIS

From an unknown date, but at least as early as in or about May 2003, through at least December 2020, the defendant Edward Ferraro engaged in a scheme to embezzle, steal, purloin and convert to his own use money belonging to the United States and the U.S. Department of Veterans Affairs (the VA). Effective May 9, 2003, the VA awarded victim J.M. a 100 percent service-connected disability rating for severe generalized anxiety disorder. From August 1, 2003, to December 27, 2020, J.M.'s VA disability benefits were deposited into a federally insured banking institution account ending in 3692 (Account 3692), totaling $566,342.94 in wrongful payments. J.M. did not apply for these benefits, was not aware of the application, and did not receive any of the benefits paid in his name.

2

Edward Ferraro, a VA employee, used his position at the VA to apply for, approve, and maintain the benefits that he obtained in J.M.'s name. For example, Ferraro opened a new application in J.M.'s name and included false medical information, requested medical exams for J.M. (and later requested that another unwitting co-worker cancel said exams), made rating decisions for J.M.'s applications (including rating J.M. as permanently and totally disabled in around 2012), all of which led to the VA making years of improper payments on J.M.'s behalf. In order to conceal the fraud, he ensured that the addresses VA maintained on file for J.M. were addresses that Ferraro controlled or to which he had access.

Ferraro opened Account 3692, into which the fraudulent benefits were paid, and his information appears on the opening statement. Ferraro later added J.M.'s information to the account to make it appear as though the account belonged to J.M. Evaluation of the account, as well as the financial records of J.M. and Ferraro, indicate that the person who benefitted from the fraudulently-obtained VA benefits was Ferraro. Ferraro pulled the VA proceeds from Account 3692 in cash, and used

that cash to fund his lifestyle, including cash payments to his credit cards, funding family vacations, gambling, and the like.

                                                    Respectfully submitted,

                                                    ROGER B. HANDBERG
                                                    United States Attorney

                                     By:  *Rachel K. Jones*
                                             Rachel K. Jones
                                             Assistant United States Attorney
                                             Florida Bar. No. 91492
                                             400 N. Tampa Street, Suite 3200
                                             Tampa, FL 33602
                                             Phone:    (813) 274-6000
                                             Fax:      (813) 274-6178
                                             Email:     Rachel.Jones@usdoj.gov

U.S. v. EDWARD FERRARO          Case No. 8:22-cr-366-VMC-MRM

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Nick Chotos

                                    *Rachel K. Jones*
                                    Assistant United States Attorney
                                    Florida Bar. No. 91492
                                    400 N. Tampa Street, Suite 3200
                                    Tampa, FL 33602
                                    Phone:    (813) 274-6000
                                    Fax:      (813) 274-6178
                                    Email:     Rachel.Jones@usdoj.gov