UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No. 8:22-cr-366-VMC-MRM

EDWARD M. FERRARO

**UNOPPOSED MOTION FOR AN ORDER
TO DEPOSIT FUNDS AND DISBURSE**

The United States and Edward M. Ferraro request an order directing the Clerk of Court to accept his prejudgment payments. The Clerk should hold these funds in an interest-bearing account (the Court Registry Investment System) until a judgment of conviction and restitution order have been entered and then apply the deposited funds toward his restitution. After payment of restitution, any surplus funds should be applied to the defendant's other criminal monetary penalties, including special assessment and fines, or to the defendant's outstanding forfeiture order. *See* 28 U.S.C. §§ 2041, 2042.

If the prejudgment payments accrue interest in an amount that exceeds all criminal monetary penalties and forfeiture order, any surplus accrued interest should be remitted to the Crime Victims Fund.

        Respectfully submitted,

        ROGER B. HANDBERG
        United States Attorney

By:   *s/ Julie A. Simonsen*
        JULIE A. SIMONSEN
        Assistant United States Attorney
        Florida Bar No. 70647
        Financial Litigation Program/cll
        400 North Tampa Street, Suite 3200
        Tampa, FL 33602
        Telephone:   (813) 274-6048
        Facsimile:    (813) 274-6247
        E-Mail: FLUDocket.mailbox@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on June 13, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record.

*s/ Julie A. Simonsen*
JULIE A. SIMONSEN
Assistant United States Attorney
