UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.     CASE NO.: 8:22-cr-00366-VMC-MRM

EDWARD M. FERRARO

| Judge: | Mac R. McCoy | Counsel for Government: | Tiffany Fields |
|---|---|---|---|
| Deputy Clerk: | Sarah Toombs | Counsel for Defendant: | Nicholas Chotos |
| Court Reporter: | Digital | Pretrial/Probation: | N/A |
| Date/Time: | June 14, 2023 1:57pm – 2:28pm | Interpreter: | N/A |
| Bench Time: | 31 minutes | | |

**Change of Plea Hearing**

Defendant present with Counsel. The Court announces the purpose of today's hearing.

Defendant sworn. The defendant announces his full and complete name is Edward Marshall Ferraro. Court advised defendant of rights, minimum/maximum penalties, elements of the offense and sentencing guidelines. The Court finds the Defendant to be competent to enter a guilty plea today if he chooses to do so. The Defendant, both on the record and in writing, consents to proceed with the plea before the Magistrate Judge. Proffer of facts by the Government. Factual basis established. Defendant entered a plea of guilty to Count One of the Indictment.

Court will recommend the plea to be accepted. Report and Recommendation to follow. Sentencing to be set by separate notice before the District Court Judge. Nothing further from the parties.