**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.  Case No.: 8:22-cr-366-VMC-MRM

EDWARD M. FERRARO

_____

**ACCEPTANCE OF PLEA OF GUILTY**
**AND ADJUDICATION OF GUILT**

The defendant, Edward M. Ferraro, entered a plea of guilty to Count One of the Indictment before Magistrate Judge Mac R. McCoy on June 14, 2023. The Magistrate Judge issued a Report and Recommendation in which he recommended the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

Accordingly, it is ORDERED and ADJUDGED:

1. That the Magistrate Judge's Report and Recommendation be adopted and confirmed and made a part hereof.

2. That the defendant, Edward M. Ferraro, be adjudicated guilty as to Count One.

3. That sentencing be scheduled for *September 5, 2023, at 2:30 PM*, in Courtroom 14B of the Sam M. Gibbons Courthouse, Tampa, Florida. **Defense counsel must review the PSI Report with their client prior to sentencing. Counsel should notify CRD Magaly Justiniano at 813-301-5348 if it appears that the sentencing hearing will be contested or if more than 45 minutes will be needed for the hearing.**

**DONE** and **ORDERED** in Tampa, Florida 15th day of June, 2023.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
U.S. Pretrial Services
U.S. Probation Office
U.S. Marshal Service