UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 8:22-cr-366-VMC-MRM

EDWARD M. FERRARO

**<u>PRELIMINARY ORDER OF FORFEITURE FOR SUBSTITUTE ASSET</u>**

The United States moves pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(e)(1)(B), for a Preliminary Order of Forfeiture for the following property, which is owned by the defendant, to be applied to the outstanding balance of the defendant's $566,342.94 order of forfeiture:

> The real property located at 12816 Royal George Avenue, Odessa, Florida 33556, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:
>
> LOT 20, BLOCK C OF CANTERBURY VILLAGE, ACCORDING TO THE MAP OR PLAT THEREOF AS RECORDED IN PLAT BOOK 74, PAGE 2 OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA.
>
> APN: 002680-1784

On June 22, 2023, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), the Court entered an order of forfeiture against the defendant in the amount of $566,342.94. Doc. 54.

The United States is entitled to forfeit the substitute asset identified above, in satisfaction of the defendant's Order of forfeiture.

Accordingly, it is ORDERED that the motion of the United States is GRANTED.

It is FURTHER ORDERED that, pursuant to the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(e)(1)(B), the asset described above is FORFEITED to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n), in satisfaction of the defendant's Order of forfeiture.

Assuming no third-party files a successful claim to the asset, the net proceeds from the forfeited real property, after payment of any valid liens, will be credited towards the satisfaction of the defendant's order of forfeiture. Any remaining net proceeds, after the payment of any valid liens and the satisfaction of the order of forfeiture, will be returned to the defendant.

The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and to order any other substitute assets forfeited to the United States up to the amount of the Order of forfeiture.

DONE and ORDERED in Tampa, Florida, on this 21st day of July, 2023.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

2