# IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| vs.  § | Case No.: 8:22-cr-366-VMC-MRM |
| § | |
| EDWARD FERRARO | |

## DEFENDANT'S FIRST UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING

COMES NOW the Defendant, EDWARD FERRARO, by and through undersigned counsel, and respectfully requests this Honorable Court to grant a continuance of the September 5, 2023 sentencing date, and states as follows:

1. On June 15, 2023, Mr. Ferraro entered a plea without the benefit of a plea agreement to a single count of Theft of Government Funds under 18 U.S.C. § 641. (Doc. 47)

2. This Court accepted Mr. Ferraro's plea and scheduled a sentencing hearing for September 5, 2023. (Doc. 52)

3. Following the entry of the plea, the parties stipulated to a Motion for an Order to Deposit Funds for the purpose of prepayment of restitution. (Doc. 45).

4. Following the granting of that motion, Mr. Ferraro deposited $500,000.00 to the care of the clerk of the court. (Doc. 57)

5. Following the entry of the plea, the Government moved for Forfeiture or Property, and subsequently, for a Preliminary Order for Substitute Assets. (Docs. 53, 55)

6. The Government has indicated that it seeks the forfeiture of the house Mr. Ferraro owns.

7. An initial Presentence Investigation Report ("PSR") was filed on August 1, 2023. (Doc. 59)

8. While the undersigned has no substantive objections to the PSR, the defense is in the process of researching and filing motions for downward departure and motions for variance from the recommended sentencing guidelines.

9. Mr. Ferraro is the sole caretaker of his disabled 17 year old son. Because of the potential that he may received a prison sentence, and because of the Government's intent to seize the house that Mr. Ferraro shares with that son, Mr. Ferraro is requesting a continuance of the sentencing date to finalize arrangements for his son's future care and residence.

10. Undersigned counsel is also engaging in further negotiations to avoid or mitigate the forfeiture sought by the Government.

11. Undersigned counsel has conferred with Assistant United States Attorney Rachel Jones who has no objection to the relief requested.

12. This Court has the authority to grant this motion pursuant to 18 U.S. Code § 3161(h)(7)(B)(i) which allows the Court to grant a continuance if its failure to do so would likely result in a miscarriage of justice.

WHEREFORE, Defendant, Edward Ferraro, respectfully requests this Honorable Court enter an order setting a new sentencing date on a date on or after November 6, 2023.

*/s/ Nicholas Chotos*
NICHOLAS CHOTOS, Esquire

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was electronically filed with the United States District Court Clerk of Court via the CM/ECF system which will send a notice of electronic filing to the Office of the United States Attorney, this 23rf day of August 2023.

*/s/ Nicholas Chotos*
NICHOLAS CHOTOS, Esquire
Hanlon Law, P.A.
210 Pierce St.
Tampa, Florida 33602
Tel: (727) 897-5413
Email: nick@tampadefenseattorney.com
Florida Bar Number: 112871
Attorney for Defendant