UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:22-cr-366-VMC-UAM

EDWARD M. FERRARO

**NOTICE TO COURT REGARDING THE
HILLSBOROUGH COUNTY TAX COLLECTOR**

The United States of America notifies the Court that it recognizes the interest of the Hillsborough County Tax Collector (Tax Collector) (Doc. 62). If the United States obtains a final order of forfeiture, the United States agrees that, from the proceeds of the sale of the following:

> The real property located at 12816 Royal George Avenue, Odessa, Florida 33556, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:
>
> LOT 20, BLOCK C OF CANTERBURY VILLAGE, ACCORDING TO THE MAP OR PLAT THEREOF AS RECORDED IN PLAT BOOK 74, PAGE 2 OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA.

and to the extent that there are sufficient proceeds after the payment of government expenses relating to seizure, maintenance, custody, and disposal of the property, the United States will pay any and all *ad valorem* real property taxes and *non-ad valorem*

assessments due and owing the Tax Collector up to the date of entry of the final order of forfeiture as a priority lien under Florida law.

        Respectfully Submitted,

        ROGER B. HANDBERG
        United States Attorney

By:    *s/James A. Muench*
        JAMES A. MUENCH
        Assistant United States Attorney
        Florida Bar Number 472867
        400 North Tampa Street, Suite 3200
        Tampa, Florida 33602
        (813) 274-6000 – telephone
        E-mail: james.muench2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

        *s/James A. Muench*
        JAMES A. MUENCH
        Assistant United States Attorney