IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| vs. | § § | Case No.: 8:22-cr-366-VMC-MRM |
| EDWARD FERRARO | | |

## DEFENDANT'S SECOND UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING

COMES NOW the Defendant, EDWARD FERRARO, by and through undersigned counsel, and respectfully requests this Honorable Court to grant a continuance of the November 8, 2023 sentencing date, and states as follows:

1. On June 15, 2023, Mr. Ferraro entered a plea without the benefit of a plea agreement to a single count of Theft of Government Funds under 18 U.S.C. § 641. (Doc. 47)

2. This Court accepted Mr. Ferraro's plea and scheduled a sentencing hearing for September 5, 2023. (Doc. 52)

3. Mr. Ferraro filed his first unopposed Motion to Continue Sentencing on August 23, 2023. (Doc. 61)

4. The motion was granted and the sentencing was rescheduled to November 8, 2023. (Doc. 63)

5. Undersigned counsel is scheduled to begin a jury trial in Pasco County in State v. Iturria 2021CF297 on November 8, 2023, which is expected to last until November 10, 2023. The trial in this matter has been previously continued several times, and is unlikely to be rescheduled again.

6. Undersigned counsel is also scheduled to begin a jury trial in Hillsborough County in State v. Allen 23-CF-002189 on December 11, 2023. However, undersigned counsel expects that the trial on this matter will likely be continued to a later date.

7. Counsel for the Government, AUSA Rachel Jones is scheduled to be on vacation November 20, 2023 to November 24, 2023 and December 4, 2023 to December 8, 2023.

8. Undersigned counsel is scheduled to be on vacation December 6, 2023 to December 8, 2023.

9. Undersigned counsel has conferred with Assistant United States Attorney Rachel Jones who has no objection to the relief requested.

10. This Court has the authority to grant this motion pursuant to 18 U.S. Code § 3161(h)(7)(B)(i) which allows the Court to grant a continuance if its failure to do so would likely result in a miscarriage of justice.

WHEREFORE, Defendant, Edward Ferraro, respectfully requests this

Honorable Court enter an order setting a new sentencing date accounting for the dates of unavailability for Mr. Ferraro's counsel and for counsel for the Government.

/s/ Nicholas Chotos
NICHOLAS CHOTOS, Esquire

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was electronically filed with the United States District Court Clerk of Court via the CM/ECF system which will send a notice of electronic filing to the Office of the United States Attorney, this 23rd day of October 2023.

/s/ Nicholas Chotos
NICHOLAS CHOTOS, Esquire
Hanlon Law, P.A.
210 Pierce St.
Tampa, Florida 33602
Tel: (727) 897-5413
Email: nick@tampadefenseattorney.com
Florida Bar Number: 112871
Attorney for Defendant