# IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| vs. | § § | Case No.: 8:22-cr-366-VMC-MRM |
| EDWARD FERRARO | | |

## SENTENCING EXHIBITS

# EXHIBIT 1

## Transcript of A.F.'s Interview

**Can you describe who your dad is to you?**

A.F.: My dad is my hero and my world. He makes sure I have what I need to be successful in a society that has so many misconceptions about autism. He is my biggest cheerleader too.

**How many things changed with you and your dad since your mom passed away?**

A.F.: there have been a lot of changes since my incredible mom passed away. Many of those changes are the inevitable result of growing up. But still many changes happened as a result of her absence. New school, new friends and some changes in routines have occurred. These things could have really been hard on me but my dad has supported me every step of the way. I don't think I could have managed without him.

**Can you talk about what your dad does in and for the autistic community?**

A.F.: My dad is a huge advocate for the autistic community. He volunteers at my school. Whenever something is needed he will do what he can to find it. If he cant find it he will make it. He also volunteers for tampa bay letter board community. He hosts events at our house, makes games for my friends and I to enjoy and does everything he can to promote our advocacy efforts. This community of people mean so much to us. They are a big reason why we have been able to stay positive these last few years.

**E: Is there anything else you want people to know about your dad?**

A.F.: everything I have and all that I am able to do is because of his love and support. Just me sitting here typing my thoughts to you is because of him. This form of. Communication takes hours and hours of practice and commitment and he gave all of that to me. I love him so much and I couldn't imagine my life without him.

# EXHIBIT 2

# CHARACTER LETTERS

Evelyn Moldal


June 8, 2023

RE: Character Reference for Ed Ferraro

To Whom It May Concern:

My name is Evelyn Moldal and I am the Executive Director & Spelling to Communicate Practitioner at Meraki Collective and the President of the Tampa Bay Letter Board Community (TBLBC), a local nonprofit organization. I have had the privilege of knowing Ed Ferraro for the last 4 years. He has been a loving, caring, and generous volunteer, client and friend since we first met.

I am writing this letter because Ed has always been a respected person in the community, and a genuine person to everyone he has come across.

I first met Ed when working with his son, Alex. Alex is a nonspeaking autistic who spells to communicate, and I am one of his Practitioners. This form of communication requires a significant amount of dedication to acquire the necessary skills and integrate it into daily life. Ed was, and still is, one of the most committed parents I have worked with. He makes Alex's needs and well-being his first and highest priority. Because of that, Alex has made tremendous progress in communication and is a happy, well-adjusted teen, even considering the great loss of his mother (Ed's wife) a few years ago. I have not met a better dad than Ed!

Additionally, Ed has consistently volunteered his time in support of Tampa Bay Letter Board Community's initiatives, often going above and beyond what he was asked to do. TBLBC aspires to assist the neurodiverse in gaining effective communication while building a community of acceptance, inclusion, and access in Tampa Bay and beyond. Ed's efforts have made a substantial impact in our growing community and without him, we wouldn't have been able to accomplish many of our goals these last few years.

On numerous occasions I have personally witnessed Ed offer a helping hand to friends and strangers in need. He's repaired flat tires, driven people to appointments, brought meals to sick and/or grieving friends and been a caretaker to many who had no one to rely on. His actions speak volumes about the kind of person he is. Ed's family, friends, and the entire community here in Tampa Bay are blessed to have him in our lives.

I hope that this letter was effective in demonstrating what a compassionate, dedicated, kind and generous person Ed has proven to be. If you have questions or would like clarification, please don't hesitate to contact me.

Yours truly,

Evelyn Moldal

Daphne Mirk

~~[redacted]~~

~~[redacted]~~

June 25, 2023

To Whom it May Concern:

I have known Edward (Ed) Ferraro since 2002 shortly after starting at the U. S. Department of Veteran's Affairs. At the time, we were both Veterans Service Representatives and it was well known around the office that if you need a claim done right, go to Ed. Throughout the years, Ed and I were promoted to different positions and Ed was not only a great coworker, but also became a great friend. My husband and I spent several weekends going to Ed's house for a BBQ, baby shower, 4th of July celebrations and overall, to have a great time with some great friends.

In 2009, my husband and I became pregnant with our daughter. It was a high-risk pregnancy, and I required a significant period of bed rest. As a result, I had to take an extended period of time off from work. Ed graciously donated two weeks of his annual leave to help me. With his donation, I was able to keep receiving my paycheck during this difficult pregnancy. I honestly don't know how many people would donate that much of their time off to help a friend, but Ed did so without hesitation. I always knew he was a kind, caring person but this really solidified how generous he is without asking for anything in return.

In 2012, I was having a hard time in my marriage. Ed stepped in and saved my husband's life. I would probably be a widow today if it weren't for Ed dropping everything to talk my husband off a ledge. I really could go on and on sharing stories of how Ed helped my family or made us laugh when times were tough, but I don't want to lose the point of this letter. Ed is and will continue to be one of the most loyal, generous, and dependable friends I have ever known. I am so thankful to him for everything he has done for me and my family.

Sincerely,

Daphne Mirk

*[signature]*

**Eric Mirk**



Tampa, FL

June 25, 2023

To Whom it May Concern:

I have known Edward (Ed) Ferraro for approximately 20 years both personally and professionally. I met Ed while working at the U.S. Department of Veteran's Affairs (VA) shortly after I joined the agency in 2002. At the time, I was a Veterans Service Representative and Ed was a Rating Veterans Service Representative (RVSR.) Ed was well known to his peers and supervisors as a dependable employee who went above and beyond what was expected of him. He was also an RVSR with a strong moral compass who frequently spoke out against deficient work from others and was dedicated to "righting the wrongs" committed by substandard employees. Ed was one of my favorite co-workers because he was trustworthy, reliable, and committed to his work as a public servant.

I was also blessed to know Ed personally, and frequently socialized with him and his family. I've always known Ed to be a family-centric individual. He was a hard-working, dedicated husband to his late wife Heidi and continues to be an extraordinarily attentive father to his son with special needs. Ed has also been a kind and loyal friend. In 2012, when I was suffering through a severe family crisis, Ed took immediate action to come to my aid and prevent me from committing self-harm. It is without exaggeration when I say that without Ed's intervention, I may not have lived to write this letter.

Ed is among the most compassionate people I have ever known. He frequently comes to the aid and assistance of others without regard for his own circumstances and has never indicated an expectation of reward or distinction for having done so. Ed is a person of superb moral character who will forever have my trust and respect.

Sincerely,

Eric Mirk

June 22, 2023

To Whom it May Concern:

My name is Dawn Rodriguez and I have been a licensed clinical social worker for almost 30 years. Though this has been my profession for most of my adult life, it is not in this capacity that I know Edward Ferraro; however my background has allowed me to have an innate ability to find the good in people and I have increased insight to a person's character.

I have known Ed for almost two years as we have several associates in common. Since knowing him as a true friend, I have been witness to his good moral character, his trustworthiness and his dependability.

I can state without reservation that few men have contributed to society in a way that Ed has. He is always willing to lend a helping hand and he has volunteered many sweat hours with TBLBC (Tampa Bay Letter Board Community), which is a non-profit organization that works with the Neurodiverse population to provide them opportunities to socialize and feel included in society.

Ed and his son, Alex (who has Autism) are very vested with TBLBC. My family and I have spent a great deal of time involved with TBLBC activities. We have also spent time with just Ed and Alex. My ten year old son looks forward to these times with Ed and Alex. He often asks on a regular basis when we can spend time with then. Through these interactions, I have been witness to the beautiful relationship that Ed has with his son. Since the loss of Ed's wife over three years ago to cancer, their whole life has been shattered. The foundation that Alex depended on a daily basis from his mother was gone. Ed had always been a wonderful parent to Alex; however with the loss of his wife, he now has to take on the role of two parents.

Ed is a family man and he has always put the needs of his son first. When we spend time with their family, Alex always ensures that he can see where Ed is. His eyes are always looking for his dad which ensures that he is safe. Their love for each other is palpable and Alex always has a smile on his face when he is in close proximity to his dad. There are limited people who Alex feels genuinely at ease with. Because Alex at times utilizes a letter board to communicate, he needs to feel respected and safe when he uses it with others-Not everyone can be a CRP (Communication Regulation Partner) as these individuals are the ones who read aloud what the spellers write. Ed always carries Alex's letter board with him so that Alex can feel a part of the conversation and also so he can express his feelings in a genuine way.

To know Ed is to adore him. If I can be of further assistance, please do not hesitate to contact me at ███████████.

*Dawn Rodriguez*
Dawn Rodriguez, LCSW



**CYPRESS LAKE PANTHERS**
POWERED BY
The School District of Lee County

14 June 2023

To Whom it May Concern,

I am a 24 year professional educator living in Fort Myers, Florida. I have known Ed Ferraro for over 28 years. We dated for several years in college and were engaged to be married. While that did not work out, we have still remained in touch as friends across the miles and years.

Ed is undoubtedly one of the most upstanding individuals I have ever known. He is the kind of person who would literally give you the shirt off his back without thinking twice about it, and would then ask if there's anything else he could do for you. His kindness and generosity are unyielding. He has solid morals and values, and this fact shines through in his upbringing of his son. Ed is vivacious, charismatic, and is a valuable member of any community to which he becomes incorporated. He is incredibly dedicated to the people and causes that he cares about, like his son's letterboard community.

Ed is, without a doubt, a vital, honest leader in his community and a person of strong moral conviction and character. Personally, I am grateful to know him as he brings joy, generosity, kindness, and sincerity to every situation he encounters.

Sincerely,

*[signature]*

Kara Vereen
Educator

**MATTHEW R. MILLER**, PRINCIPAL
*"Passion for Success—Academics, Arts & Life"*

**CYPRESS LAKE MIDDLE SCHOOL**
8901 Cypress Lake Drive, Fort Myers, FL 33919
P: 239.481.1533 | F: 239.481.3121
http://cym.leeschools.net
@clmspanthers



Michael A. Austin

Clarksburg, MD

5 June 2023

To Whom it May Concern,

My name is Michael Austin. I am a former U.S. Army Counterintelligence Special Agent. I first met Ed Ferraro approximately 1994, when he was assigned to the Wurzburg Military Detachment, Wurzburg, West Germany as a young agent. As a young man (approximately 19) Ed was entrusted with the tremendous responsibility of conducting counterintelligence activities in a foreign country. During that time he never faltered and his work ethic and quality was consistently beyond reproach. He produced work products that affected national and international policy and garnered the attention of The White House. He was an eager agent who developed into a mature, trusted friend.

Ed and I have remained friends through the years to today, because he has proved himself trustworthy, reliable, moral and ethical. Moreover he is at the top of a very short list of confidants.

I currently work as a full-time corporate investigator and part-time background investigator for the Department of Homeland Security, Department of Defense, and Defense Intelligence Agency. Previously I have worked for the National Security Agency, National Reconnaissance Office and The Central Intelligence Office; that is to say, I've built a career on knowing who can be trusted and who cannot be trusted. I trust Ed Ferraro.

I trust him because he is consistent. Throughout the decades he has been consistently trustworthy with relationship, health and professional information as I solicited his counsel. Through the years I've come to know Ed as a loving husband and devoted, attentive father. Despite the loss of his wife and the challenges his son faces, he remains the same - positive outlook on life, great sense of humor and world-class parent.

In closing, as an intelligence and security professional of 23 years I am discerning of my "circle of trust". Ed is firmly centered in that circle as a trusted confidant, competent colleague and faithful friend.

Sincerely,

Michael A. Austin

To whom it may concern,

Edward Ferraro

I have known Ed for over three years. He's a very good friend of mine and my granddaughter, Abigail. I can vouch for Ed, he has been a person of morals and integrity over the time we have known each other.
I can further state that prior to me meeting Ed it is evident that he is a loving and dedicated father to his autistic son Alex. I have gone to his home and seen extensive Lego creations that are prominently displayed all over his and Alex's home. I have also witnessed the loving bond between father and son.
Myself along with my granddaughter, Abigail were welcomed by Ed into a new community which is the Tampa Bay Letterboard community. This is a community of children and young adults who are autistic that communicate with Alternative Augmentative Communication devices.
I can further state that Ed is not only immensely loved by his family, but he is a much loved person in the community.
Ed is known to be a charitable person hosting many events in his home for the Special Needs community. Ed's generosity of allowing the Spellers into his home allows these individuals and their families to unite with each other, forming a much needed bond within the community.
Ed is an integral part of many lives within the Tampa Bay Letterboard community, helping to organize outings, setting up events and being someone we appreciate for his hard work and dedication.
I am a retired Pinellas County Sergeant. I retired after 25 years of service and I am now a Security Supervisor at Ruth Eckerd Hall . I am also grateful that Ed Ferraro is now a part of not only my life but my Granddaughter Abigail.

Respectively,

*Christine McGathey*
Christine McGathey
Retired Sergeant Pinellas County

Krishna M. Sadasivam
~~12511 Eagles Entry~~
Odessa, FL ~~33556~~
email: ~~[redacted]~~

June 13, 2023

Subject: Character Reference for Ed Ferraro

To Whom It May Concern,

I am writing this letter to provide a character reference for Ed Ferraro. I have had the pleasure of knowing Ed for 4 years. We live in the same neighborhood. We met through an act of Ed's generosity: I needed help in transporting my bike to a bike shop and posted my request on our neighborhood's FaceBook page. Ed was the only individual who reached out to me to offer help. I did not know him at the time, but was immediately humbled by his willingness to help a total stranger (me). Despite my insistence to pay him for his time and trouble, he did not want anything in return. We formed a solid friendship from that moment on.

Three years ago in June, Ed lost his wife Heidi to cancer. Sadly, Heidi's battle lasted only a few months, leaving her husband and son, Alex, emotionally broken. Despite being met with such compounded misfortune, Ed has proven himself to be a diligent and dedicated father, prioritizing his son over himself.

Alex's needs are far beyond that of an average teenager, as he is autistic. Alex's limited verbal and fine motor skills make him highly dependent on his father for nearly all aspects of day-to-day living. As his sole care-giver and provider, Ed is responsible for interpreting and tending to the needs of his son. Alex, who was home-schooled, was incredibly close with his mom; making her loss particularly devastating to their family. As a father, Ed has gone above and beyond in supporting Alex, through active involvement in his education and overall well-being. Alex and Ed have a tight-knit bond that is truly special. If something were to happen to Ed, Alex would be all alone, which I believe would detrimentally impact Alex's development and overall mental health.

In addition to being a devoted and attentive father, Ed maintains a strong sense of community and social responsibility. He actively participates in volunteer initiatives and supports various charitable causes, particularly when it comes to autism initiatives. Furthermore, Ed has worked with non-profit organizations to provide Christmas gifts for underprivileged children in the Tampa Bay area. In the time I have known him, I can say that Ed Ferraro is incredibly generous when it comes to helping others, without having any expectations in return. His genuine care for others and his willingness to give back to the community demonstrate his compassionate nature and make him an inspiration to those around him. He also has a remarkable ability to build strong relationships with people from all walks of life.

If you require any further information or have any specific questions regarding Ed Ferraro's character, please do not hesitate to contact me at ~~[redacted]~~.

Sincerely,

Krishna M. Sadasivam

Tamara L. Larson
~~1790 Forest Grove Blvd~~
Palm Harbor, FL. ~~[redacted]~~

June 12, 2023

Re:  Edward Ferraro

To:  The Honorable Judge

I have known Edward Ferraro for over 22 years. We were co-workers together at the Department of Veteran Affairs (VA) for over 20 years. I understand he is pleading guilty to a crime I was both surprised and troubled to learn of from Edward himself.

During our time as co-workers, Edward was was highly regarded as one of the top employees with an impressive work ethic. Edward worked many, many, many hours of overtime in order to pay for his autistic son's therapy and to afford him the best experiences he could. As a friend, Edward employed my son part-time for awhile in a pressure-washing business he built and worked in his free-time. (Again, this business and the funds it generated went to costs to fund therapy and schooling for his son.) I've always known Edward to be very hard-working, a gracious friend, and a very loving father

During our friendship, I have found Edward to be a dedicated employee, a good friend, and a loving father.  Because of Edward's status as a widower and a single father of a non-verbal autistic son, it is my sincere hope the court takes this letter into consideration at the time of sentencing.

Please do not hesitate to contact me if you need any further information.

Respectfully,
*Tamara Larson* (signature)
Tamara Larson

CYPRESS LAKE
PANTHERS
— POWERED BY —
**The School District
of Lee County**



14 June 2023

To Whom it May Concern,

I am a 24 year professional educator living in Fort Myers, Florida. I have known Ed Ferraro for over 28 years. We dated for several years in college and were engaged to be married. While that did not work out, we have still remained in touch as friends across the miles and years.

Ed is undoubtedly one of the most upstanding individuals I have ever known. He is the kind of person who would literally give you the shirt off his back without thinking twice about it, and would then ask if there's anything else he could do for you. His kindness and generosity are unyielding. He has solid morals and values, and this fact shines through in his upbringing of his son. Ed is vivacious, charismatic, and is a valuable member of any community to which he becomes incorporated. He is incredibly dedicated to the people and causes that he cares about, like his son's letterboard community.

Ed is, without a doubt, a vital, honest leader in his community and a person of strong moral conviction and character. Personally, I am grateful to know him as he brings joy, generosity, kindness, and sincerity to every situation he encounters.

Sincerely,

*Kara Vereen*

Kara Vereen
Educator

**MATTHEW R. MILLER**, PRINCIPAL
*"Passion for Success—Academics, Arts & Life"*

**CYPRESS LAKE MIDDLE SCHOOL**
8901 Cypress Lake Drive, Fort Myers, FL 33919
P: 239.481.1533 | F: 239.481.3121

http://cym.leeschools.net
@clmspanthers

