**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:** 8:22-cr-366-VMC-UAM | **DATE:** November 3, 2023 | |
|---|---|---|
| **HONORABLE VIRGINIA M. HERNANDEZ COVINGTON** | | |
| | **GOVERNMENT COUNSEL** Rachel K. Jones | |
| **UNITED STATES OF AMERICA** v. EDWARD M. FERRARO | NICHOLAS CHOTOS, Retained | |
| **COURT REPORTER:** David Collier | **DEPUTY CLERK:** | Magaly Justiniano |
| **TIME:** 2:59 PM – 3:59 PM **TOTAL:** 1 hour | **COURTROOM:** | 14B |
| | **PROBATION:** | Michelle Feliciano |

**PROCEEDINGS:** CRIMINAL MINUTES – SENTENCING REFORM ACT MINUTES

Case called to order. Dan Henton & Greg Wentz seated at counsel table.

Defendant is adjudged guilty on Count One of the Indictment.

Statements made by counsel.

Statement made by John McCloud.

Defendant's Oral Motion for Downward Variance is granted for the reasons stated on the record.

Defendant chose to allocute.

Imprisonment: **TWELVE (12) MONTHS and ONE (1) DAY**

The Court makes the following recommendations to the Bureau of Prisons:

- Defendant be housed at FCI Coleman.

Supervised Release: **THREE (3) years.**

Fine is waived.

Restitution: $566,342.94 *(See Criminal Monetary Penalties section of the Judgment for details)*.

While in the Bureau of Prisons custody, the defendant shall either (1) pay at least $25 quarterly if the defendant has a non-Unicor job or (2) pay at least 50% of his monthly earnings if the defendant has a Unicor job. **Upon release from custody**, the defendant shall make monthly payments of no less than $100.00 and this payment schedule shall continue until such time as the Court is notified by the defendant, the victim or the government that there has been a material change in his ability to pay.

Special Assessment: $100.00 to be paid immediately.

Special conditions of supervised release:

- Defendant shall participate as directed in a program for **mental health treatment** approved by the probation officer. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the probation officer based on ability to pay or availability of third party payment and in conformance with the probation office's sliding scale for mental health treatment services.

- The mandatory drug testing provisions of the Violent Crime Control Act are waived. The Court authorizes random drug testing not to exceed 104 tests per year.

- The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, acquisitions or obligating himself/herself for any major purchases, **or attempting to do so**, without the *express prior approval* of the probation officer. The defendant shall provide the probation officer access to any requested financial information.

- Defendant is to cooperate in the collection of DNA as instructed by the Probation Officer.

Defendant to surrender to the designated institution as notified by the US Marshal but not before March 18, 2024.

Defendant advised of right to appeal and to counsel on appeal.

Forfeiture ordered by the Court is made a part of the Judgment.

GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

| | |
|---|---|
| Total Offense Level | 17 |
| Criminal History Category: | I |
| Imprisonment Range | 24-30 months |
| Supervised Release Range | 1-3 years |
| Restitution: | $566,342.94 |

| | |
|---|---|
| Fine Range | 10,000-$95,000 |
| Special Assessment | $100.00 |