UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                               Case No. 8:22-cr-366-VMC-UAM

EDWARD M. FERRARO

### FINAL ORDER OF FORFEITURE FOR SUSBSTITUTE ASSET

THIS CAUSE comes before the Court upon the United States of America's Motion for a Final Order of Forfeiture for Substitute Asset, which is owned by the defendant, to be applied to the outstanding balance of the defendant's $566,342.94 order of forfeiture:

> The real property located at 12816 Royal George Avenue, Odessa, Florida 33556, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:
>
> LOT 20, BLOCK C OF CANTERBURY VILLAGE, ACCORDING TO THE MAP OR PLAT THEREOF AS RECORDED IN PLAT BOOK 74, PAGE 2 OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA.
>
> APN: 002680-1784.

On July 21, 2023, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), the Court entered a preliminary order of forfeiture for the real property identified above. Doc. 56.

In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of the intent to dispose of the real property on the official government website, www.forfeiture.gov, beginning on July 27, 2023 and

continuing through August 25, 2023. Doc. 67. The publication gave notice to all third parties with a legal interest in the real property to file with the Office of the ClerkCUnited States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602Ca petition to adjudicate their interests within 60 days of the first date of publication.

In accord with 21 U.S.C. § 853(n), the United States properly notice the Hillsborough County Tax Collector and Rocket Mortgage, LLC., the only parties known to have a potential interest in the real property. The United States recognizes and agrees to pay from the proceeds of the sale of the real property (to the extent that there are sufficient proceeds after the payment of government expenses relating to seizure, maintenance, custody, and disposal of the property, including any and all *ad valorem* real property taxes and *non-ad valorem* assessments due and owing to the Hillsborough County Tax Collector), the claim of Rocket Mortgage, LLC.

Other than the defendant, whose interest was previously forfeited to the United States, the Hillsborough County Tax Collector, and Rocket Mortgage, LLC. (whose interests have been recognized), no other parties have filed a petition or claimed an interest in the real property, and the time for filing such petition has expired.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States= motion, is GRANTED.

It is FURTHER ORDERED that, pursuant to 21 U.S.C. § 853(n)(7) and Rule

32.2(c)(2), all right, title, and interest in the real property is CONDEMNED and FORFEITED to the United States for disposition according to law. Clear title to the real property is now vested in the United States of America, subject to the terms of the Stipulated Settlement Agreement with Rocket Mortgage, LLC. and any *ad valorem* real property taxes and *non-ad valorem* assessments due and owing to the Hillsborough County Tax Collector.

It is FURTHER ORDERED that, the United States Marshals Service and/or their duly appointed agent is directed to seize the forfeited property and take full and exclusive custody and control of same. The United States Marshals Service and/or their duly authorized agent is authorized to make immediate entry onto the forfeited real property for the purposes of inspection, preservation, security, and safety, and for any other purpose related to the forfeiture of the property.

The net proceeds from the forfeited real property will be credited towards the satisfaction of the defendant's order of forfeiture. Any remaining net proceeds after the satisfaction of any valid liens and the order of forfeiture will be returned to the defendant.

DONE and ORDERED in Tampa, Florida, this 13th day of November, 2023.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:
AUSA James A. Muench
Counsel of Record