# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 8:22-cr-366-VMC-MRM |
| DEFENDANT | TYPE OF PROCESS |
| Edward Ferraro | Execution of FOF |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Edward Ferraro and/or any Occupants

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
12816 Royal George Avenue, Odessa, Florida 33556

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

James A. Muench, AUSA
U.S. Attorney's Office
400 North Tampa Street, Suite 3200
Tampa, FL 33602

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Pursuant to the Preliminary Order of Forfeiture for Substitute Asset, please seize and sell the real property located at 12816 Royal George Avenue, Odessa, Florida 33556.

CATS ID: 23-DVA-000011

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: (813) 274-6000
DATE: 11/15/23

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 18 | No. 18 | CAREN COBB — Digitally signed by CAREN COBB Date: 2023.11.15 09:55:36 -05'00' | 11/15/2023 |

I hereby certify and return that I [✓] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

Date: 11/27/23   Time: 10:30  [✓] am  [ ] pm

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy

Costs shown on *attached USMS Cost Sheet* >>

REMARKS

NOV 29 2023 AM 9:18
FILED - USDC - FLMD - TPA

Form USM-285
Rev. 03/21